**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No.:  07CR0844 |
| | ) Magistrate Case No:  07MJ0629-AJB |
| Plaintiff, | ) |
| | ) Order to Exonerate the Appearance Bond for |
| vs. | ) the Material Witness and Disburse the Bond |
| | ) |
| JOE LEE ALLEN, JR., | ) Funds |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

ORDER

IT IS ORDERED that the personal surety bond for $5,000.00, which secured the presence of material witness Maria Del Rocio MELLIN-Gonzalez is exonerated.

IT IS FURTHER ORDERED that the Clerk of the District Court shall release and disburse the $500.00 held in the Registry of the Court to the surety: **Angel Torres, 2551 Malabar Street, Los Angeles, CA 90033.**

DATED:  April 26, 2007

_____

Hon. Anthony J. Battaglia

U.S. Magistrate Judge

United States District Court

- 1 -

Order to Exonerate the Appearance Bond for the Material Witness

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -
Order to Exonerate the Appearance Bond for the Material Witness